UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-25291-CIV-COOKE/TORRES

DENISE PINEDA, and others similarly-situated,

   Plaintiff,

vs.

PESCATLANTIC GROUP, LLC, a Florida limited liability company, and CESAR CALVO, individually,

   Defendants.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW Plaintiff, DENISE PINEDA, by and through her undersigned attorney, hereby complies with the Order of Court-Mandated requirements under the Fair Labor Standards Act [D.E. 7], as follows:

Plaintiff seeks to recover money damages for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 and for unlawful retaliatory termination of her employment in violation of 29 U.S.C. § 215(a)(3).

### *Unpaid Overtime*

Plaintiff was employed with Defendants from March 25, 2016 through October 28, 2016 as a Logistics Operations Coordinator. She was paid approximately $19.12 per hour and worked an average of 5 to 6 days a week. During her employment Plaintiff was required to work off-the-clock and was not paid time-and-one-half for the hours she worked in excess of 40 hours per week. Plaintiff estimated her damages as follows:

**March 25, 2016 through October 28, 2016**
25 overtime hours x $28.68 per hour = $717.00 x 31 weeks = $22,227.00 x 2 (liquidated) =

$44,454.00.

*Retaliation*

Additionally, Plaintiff's employment was unlawfully terminated on October 28, 2016. Defendants retaliated against Plaintiff after having complained about not being paid overtime at time-and-one-half. As a result of the termination, Plaintiff has suffered lost wages.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Electronic Filing generated by CM/ECF, to Lawrence J. McGuinness, Esq. of McGuinness and Gonzalez, P.A., 3126 Center Street, Coconut Grove, Florida 33133, on this 18th day of January, 2017.

>THE LAW OFFICES OF
>EDDY O. MARBAN
>1600 Ponce De Leon Boulevard, Suite 902
>Coral Gables, Florida 33134
>Telephone (305) 448-9292
>Facsimile (305) 448-9477
>E-mail: marbanlaw@gmail.com
>
>By: *s/Edilberto O. Marban*
>     EDDY O. MARBAN, ESQ.
>     Fl. Bar No. 435960