# EXHIBIT 5
# Plaintiff's Email of September 6, 2016

**From:** Cesar Calvo Cesar@pescatlantic.com
**Subject:** Fw: New Employee Handbook
**Date:** July 19, 2017 at 3:24 PM
**To:** Finance - PescAtlantic finance@pescatlantic.com



**From:** Pesc Atlantic Shipments
**Sent:** Tuesday, September 6, 2016 9:49 AM
**To:** Pesc Atlantic Finance
**Cc:** Cesar Calvo
**Subject:** RE: New Employee Handbook

Dear Yuri,

In accordance to our new company manual, the manual states that our standard workweek is 40 hours (4.1). Since the unpaid lunch time has been reduced from 1hr to 30 mins, my work schedule will have to change as well. My, "normal schedule" is from 8:30-5:30pm (9hrs). Reducing lunch to 30 min lunch break daily leaves me with an additional 30mins extra of work a day, 2 ½ hrs extra a week and 10 extra hours a month. In accordance to our new lunch break I will have to change my work schedule to accommodate our 40 hours a week standard. Please advise which will fit the company best?  Starting at 9am or leaving at 5pm?

Thank you

Best Regards,



**Denise Pineda**
Operations & Sales/Marketing

shipments@pescatlantic.com   l

www.pescatlantic.com

**Pescatlantic, LLC**
6100 Blue Lagoon Drive, Suite 325   l   Miami, FL 33126
Office  305. 261. 6797   l   Fax 305. 261. 6772   l   E - Fax 516. 977. 1999

Please think before printing this e-mail, the environment will appreciate it.
This e-mail and the attached documents that may include, contains information that may be confidential.
If you received it and you are not the addressee, you are not allowed to copy, distribute or disclose this mail or the information it contains, please notify the sender by replying and then delete it.
Thank you very much.

**From:** Finance @ PescAtlantic
**Sent:** Tuesday, September 6, 2016 8:29 AM

**To:** Cesar <Cesar@pescatlantic.com>
**Cc:** Pescatlantic Shipments <shipments@pescatlantic.com>; Walter Gonzalez <walter@pescatlantic.com>; Carlos Bustos <cbl@pescatlantic.com>
**Subject:** New Employee Handbook

Good Morning Pescatlantic Team,

Please find attached the NEW EMPLOYEE HANDBOOK.

Please read  carefully and be aware everyone needs to sign it.

Have a great day!


Best Regards,



**Yureisy Lugo**
Executive Administrative Assistant
Finances / Human Resources
 **www.pescatlantic.com**

**Pescatlantic, LLC**

6100 Blue Lagoon Drive, Suite 325   I   Miami, FL 33126

Office  305. 261. 6797   I   Fax 305. 261. 6772    I   E - Fax 516. 977. 1999


Please think before printing this e-mail, the environment will appreciate it.
This e-mail and the attached documents that may include, contains information that may be confidential.
If you received it and you are not the addressee, you are not allowed to copy, distribute or disclose this mail or the information it contains, please notify the sender by replying and then delete it.
Thank you very much.