# EXHIBIT 7
# Email from Nilma Labrada on July 14, 2016

**From:** Finance - PescAtlantic  finance@pescatlantic.com
**Subject:** Denise
**Date:** July 14, 2016 at 4:53 PM
**To:** Cesar Calvo  Cesar@pescatlantic.com



Cesar,

Ya estoy hasta mi límite de darle una instrucción a Denise y que ella crea que no lo tiene que seguir.

Le acabo de informar que hablé contigo y que una vez ella entre su información al estado de ingresos, después yo entraré lo que me toca y que lo guardaré privado para ti, tu padre y yo. Y me dice que tú eres el único que le da sus instrucciones. Como que se le olvida que yo sí soy supervisora de ella.

Dejo en tus manos que se lo hagas entender.



**Nilma Labrada**
Executive Administrative Assistant
Finances / Human Resources

nilma@pescatlantic.com  I  www.pescatlantic.com
**Pescatlantic, LLC**

6100 Blue Lagoon Drive, Suite 325  I  Miami, FL 33126
Office 305. 261. 6797 I Fax 305. 261. 6772 I E - Fax 516. 977. 1999
Please think before printing this e-mail, the environment will appreciate it.
This e-mail and the attached documents that may include, contains information that may be confidential.
If you received it and you are not the addressee, you are not allowed to copy, distribute or disclose this mail or the information it contains, please notify the sender by replying and then delete it.
Thank you very much.

From: **Finance - PescAtlantic** finance@pescatlantic.com
Subject: **Denise**
Date: July 14, 2016 at 4:53 PM
To: **Cesar Calvo** Cesar@pescatlantic.com

Cesar,
I have reached my limit in giving instructions to Denise and for her to believe that she does not have to comply [with them].
I just told her that I spoke with you and that once she enters her information for intake status, then I can input my part and then I will save it in private for you, your father and myself.  She told me that you are the only one who can give her instructions.  It seems that she is forgetting that I am indeed her supervisor.
I leave it in your hands to make her understand.

[Pescatlantic logo]

Nilma Labrada
Executive Administrative Assistant
Finances / Human Resources
nilma@pescatlantic.com I www.pescatlantic.com
Pescatlantic, LLC
6100 Blue Lagoon Drive, Suite 325 I Miami, FL 33126
Office 305. 261. 6797 I Fax 305. 261. 6772 I E - Fax 516. 977. 1999
Please think before printing this e-mail, the environment will appreciate it.
This e-mail and the attached documents that may include, contains information that may be confidential.
If you received it and you are not the addressee, you are not allowed to copy, distribute or disclose this mail or the information it contains, please notify the sender by replying and then delete it.
Thank you very much