# EXHIBIT 8
# Email from Denise Pineda on June 3, 2016

**From:** **Shipments - PescAtlantic** shipments@pescatlantic.com
**Subject:** PERSONAL PHONE USAGE
**Date:** June 3, 2016 at 8:36 AM
**To:** Cesar Calvo Cesar@pescatlantic.com



Cesar,

Nilma informed me that you do not want me using the phone to avoid errors. Me using the phone doesn't interfere with my work and doesn't cause me to commit errors. My son is in an extremely delicate stage right now, I honestly shouldn't even be here. If he or his father call me or text me, I will answer and respond. If this is an issue then please let me know and I will just go home to be with him instead.

Best Regards,



**Denise Pineda**
Operations & Sales/Marketing

shipments@pescatlantic.com   l

www.pescatlantic.com

**Pescatlantic, LLC**
6100 Blue Lagoon Drive, Suite 325   l   Miami, FL 33126
Office  305. 261. 6797   l   Fax 305. 261. 6772   l   E - Fax 516. 977. 1999

Please think before printing this e-mail, the environment will appreciate it.
This e-mail and the attached documents that may include, contains information that may be confidential.
If you received it and you are not the addressee, you are not allowed to copy, distribute or disclose this mail or the information it contains, please notify the sender by replying and then delete it.
Thank you very much.