CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES*
James Lawrence King Federal Justice Building - Courtroom 10-5

December 6, 2018 – 8:00 a.m.- 5:55 p.m.

Clerk:   Maedon Clark                                    Court Reporter: Diane Peede

## 16-25291-CIV-TORRES

### DENISE PINEDA
*Edilberto Marban, Esquire*

*vs*

### PESCATLANTIC GROUP, LLC
### CESAR CALVO
*German Morales, Esquire*
*Glenn Goldstein, Esquire*

REASON FOR HEARING        **CIVIL JURY TRIAL** (Day 2)

RESULT OF HEARING         Charge Conference

Resume Direct Testimony of Denise Pineda

Cross Examination
    Defendant Exhibit 13, 15a, 7, 2,12 admitted
Redirect
    Plaintiff Exhibit 30, 8a admitted

Plaintiff calls Cesar Calvo – sworn.

**PLAINTIFF RESTS**

Defendant moves for Judgment on both claims
    The Court DENIES without prejudice to
    renew at the end of trial

Defendant calls Yureisy Lugo, sworn.
　　　Cross Examination
Redirect

Defendant calls Cesar J. Calvo, sworn.

CHARGE CONFRENCE

TRIAL to reconvene on 12/7/18 @ 9:00 am